PROB 12C
(6/16)

Report Date: December 5, 2024

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Joseph Paul Compogno, Jr. | Case Number: 0980 2:17CR00087-TOR-1 |
| Address of Offender: ███ Chattaroy, Washington 99003 | |

Name of Sentencing Judicial Officer: The Honorable Salvador Mendoza, Jr., U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: June 19, 2018

| | |
|---|---|
| Original Offense: | Ct. 7: Felon in Possession of a Firearm, 18 U.S.C. §§ 922(g)(1) and 924(a)(2);<br>Ct. 8: Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii) |
| Original Sentence: | Prison - 72 months;  TSR - 96 months  |  Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard  |  Date Supervision Commenced: September 23, 2022 |
| Defense Attorney: | Federal Public Defender  |  Date Supervision Expires: September 22, 2030 |

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/03/2024.

On September 27, 2022, an officer reviewed the judgment with Mr. Compogno. He signed the judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Special Condition #5**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: It is alleged Mr. Compogno is in violation of his conditions of supervised release by using methamphetamine on or around November 29, 2024.<br><br>On December 3, 2024, the undersigned officer contacted Mr. Compogno at his residence to discuss his recent arrest for driving under the influence. A random urinalysis test was collected, which yielded a positive finding for the presence of methamphetamine. Mr. Compogno admitted to the use of methamphetamine on November 29, 2024. He signed a drug use admission form. |

Prob12C
Re: Compogno, Jr., Joseph Paul
December 5, 2024
Page 2

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  December 5, 2024

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

### THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Thomas O. Rice
United States District Judge

December 5, 2024
Date